IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Russell, Tonya E | Case Number: 06 B 17008 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/6/08 | Filed: 12/22/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 25, 2008
Confirmed: March 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,120.00 | |
| Secured: | | 2,371.33 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,526.19 |
| Trustee Fee: | | 222.48 |
| Other Funds: | | 0.00 |
| Totals: | 4,120.00 | 4,120.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 1,526.19 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 9,133.10 | 2,371.33 |
| 5. | HSBC Mortgage Services | Secured | 1,975.92 | 0.00 |
| 6. | Barclays Capital Real Estate | Secured | 10,474.17 | 0.00 |
| 7. | Pronger Smith Clinic | Unsecured | 38.36 | 0.00 |
| 8. | Sallie Mae | Unsecured | 432.09 | 0.00 |
| 9. | Sallie Mae | Unsecured | 52.50 | 0.00 |
| 10. | Galway Financial Service | Unsecured | 52.00 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 20.03 | 0.00 |
| 12. | Midland Credit Management | Unsecured | 19.63 | 0.00 |
| 13. | Blue Island Anesthsia Ser | Unsecured | | No Claim Filed |
| 14. | Eastern Collection Corp. | Unsecured | | No Claim Filed |
| 15. | Ridge Anesthesia | Unsecured | | No Claim Filed |
| 16. | Metro Center For Health | Unsecured | | No Claim Filed |
| 17. | US Cellular | Unsecured | | No Claim Filed |
| 18. | St Francis Hospital | Unsecured | | No Claim Filed |
| 19. | HBS Services, Inc. | Unsecured | | No Claim Filed |
| 20. | St Francis Hospital | Unsecured | | No Claim Filed |
| | | | $ 24,697.80 | $ 3,897.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 222.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Russell, Tonya E | Case Number:  06 B 17008 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/6/08 | Filed:  12/22/06 |

```
_____
 $ 222.48
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

